# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

SONJA FLOYD-KEITH,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        NO.  2:09-CV-769-WKW
                                      )
HOMECOMINGS FINANCIAL, LLC,           )
*et al.*,                             )
                                      )
            Defendants.               )

## ORDER

On December 11, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 18.)  After an independent review, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED, and that the Motion to Dismiss (Doc. # 10) is DENIED. It is further ORDERED that this case is again REFERRED to the Magistrate Judge for further proceedings.

Done this 14th day of January, 2010.

                              /s/  W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE