IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| SONJA FLOYD-KEITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  2:09-CV-769-WKW |
| | ) | |
| HOMECOMINGS FINANCIAL, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On December 11, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 18.) After an independent review, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED, and that the Motion to Dismiss (Doc. # 10) is DENIED. It is further ORDERED that this case is again REFERRED to the Magistrate Judge for further proceedings.

Done this 14th day of January, 2010.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE