IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONJA FLOYD-KEITH,                    )
                                      )
           Plaintiff,                 )
                                      )
    v.                                )        NO.  2:09-CV-769-WKW
                                      )
HOMECOMINGS FINANCIAL, LLC,           )
*et al.*,                             )
                                      )
           Defendants.                )

## ORDER

On September 17, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 87.)  After an independent review, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that Defendants' motion for summary judgment (Doc. # 67) is hereby GRANTED.  An appropriate final judgment will be entered.

DONE this the 7th day of October, 2010.

              /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE